# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| EARL W. CARTER, SR. | ) |
| | ) |
| | ) |
| _____ | ) |
| Plaintiff(s) | ) |
| v. | ) |
| | ) Civil Action No. 6:15-CV-2085-ORL-31KRS |
| CHARLES E. BLAKE, SR. | ) |
| JIMMIE WILLIAMS | ) |
| ULYSSES HENDERSON | ) |
| JOHN H. SHEARD | ) |
| MICHAEL EADDY | ) |
| TALBERT SWAN II | ) |
| FRANK WHITE | ) |
| JERRY MACKLIN | ) |
| PHILLIP AQUILLA BROOKS II | ) |
| ROY L. WINBUSH | ) |
| GEORGE DALLAS MCKINNEY | ) |
| TED G. THOMAS, SR. | ) |
| LAWRENCE M. WOOTEN, SR. | ) |
| EUGENE RIVERS | ) |
| JUNIOUS AUGUSTUS BLAKE JR. | ) |
| JAMES WHITEHEAD | ) |
| JOE L. EALY | ) |
| EDWIN C. BASS | ) |
| ROGER L. JONES | ) |
| CHARLES E. BROWN | ) |
| JOE A. CHASE | ) |
| BILLIE JOHNSON | ) |
| MARTIN LUTHER JOHNSON | ) |
| FRANK ROBINSON | ) |
| SAMUEL BRAXTON | ) |
| ROBERT E. SMITH | ) |
| DAVID WRIGHT | ) |
| CHARLES H. BREWER, JR | ) |

FILED 2016 JAN 11 PM 3:33

| | |
|---|---|
| **ELIJAH H. HANKERSON III** | ) |
| **DERRICK HUTCHINS, SR.** | ) |
| **DERRICK HUTCHINS, JR.** | ) |
| **RODERICK HENNINGS** | ) |
| **CHARLES E. BLAKE, II** | ) |
| **JESSE ELLIS** | ) |
| | ) |
| | ) |
| _____ | ) |
| **Defendant(s)** | ) |

## COUNTER COMPLAINT

Comes now the Plaintiff, **EARL W. CARTER, SR.**, alleges and says as follows:

The above named defendants caused:
1. Defamation of Character
2. Loss of Income
3. Mental and Physical Anguish

The Plaintiff is asking for relief in access of $75,000 plus attorney fees, interest and costs.

| |
|---|
| Respectfully submitted, |
| _Earl W. Carter, SR._         1/11/16 |
| EARL W. CARTER, SR., Plaintiff         DATE |
| 7225 Hawksnest Blvd., |
| Orlando, FL  32835-5177 |
| 407-437-0215 |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Answer has been furnished to:

CHARLES E. BLAKE C/O

Kenneth G. Turkel, Esq. and Shane B. Vogt, Esq.
Bajo Cuva Cohen & Turkel
100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 443-2199

CHARLES E. BLAKE, SR.
JIMMIE WILLIAMS
ULYSSES HENDERSON
JOHN H. SHEARD
MICHAEL EADDY
TALBERT SWAN II
FRANK WHITE
JERRY MACKLIN
PHILLIP AQUILLA BROOKS II
ROY L. WINBUSH
GEORGE DALLAS MCKINNEY
TED G. THOMAS, SR.
LAWRENCE M. WOOTEN, SR.
EUGENE RIVERS
JUNIOUS AUGUSTUS BLAKE JR.
JAMES WHITEHEAD
JOE L. EALY
EDWIN C. BASS
ROGER L. JONES
CHARLES E. BROWN
JOE A. CHASE
BILLIE JOHNSON
MARTIN LUTHER JOHNSON
FRANK ROBINSON
SAMUEL BRAXTON
ROBERT E. SMITH

**DAVID WRIGHT**
**CHARLES H. BREWER, JR**
**ELIJAH H. HANKERSON III**
**DERRICK HUTCHINS, SR.**
**DERRICK HUTCHINS, JR.**
**RODERICK HENNINGS**
**CHARLES E. BLAKE, II**
**JESSE ELLIS**

by depositing the same in the United States mail.

| *signature:* Earl W. Carter | 1/11/16 |
|---|---|
| EARL W. CARTER, SR. | DATE |
| | |
| | |